■ In the Matter of JIMMIE L. ENGRAM.—Motion for reinstatement granted as indicated. Concur—Milonas, J. P., Ellerin, Kupferman, Ross and Asch, JJ.